HARRIS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 28, 1917.) No. 4894. In Error to the District Court of the United States for the Eastern District of Oklahoma. R. A. Howard, of Ardmore, Okl., and Denton & Lee, of Muskogee, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., and Archibald Bonds, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Reversed, without costs to either party in this court and cause remanded for new trial. Confession of error filed by counsel for government.

---

INTERVENING STOCKHOLDERS' COMMITTEE OF AMERICAN LUMBER CO. et al. v. DETROIT TRUST CO. (Circuit Court of Appeals, Eighth Circuit. September 17, 1917.) No. 4974. Appeal from the District Court of the United States for the District of New Mexico. A. F. Freeman, of Ann Arbor, Mich., for appellants. Harold T. Clark, of Cleveland, Ohio, E. W. Dobson, of Albuquerque, N. M., and Sidney T. Miller, of Detroit, Mich., for appellee.

PER CURIAM. Appeal dismissed per stipulation and consent of parties.

---

IRON SILVER MINING CO. v. SKINNER, Collector. (Circuit Court of Appeals, Eighth Circuit. September 5, 1917.) No. 4882. In Error to the District Court of the United States for the District of Colorado. John A. Ewing and William V. Hodges, both of Denver, Colo., for plaintiff in error. Harry B. Tedrow, U. S. Atty., of Boulder, Colo., for defendant in error.

PER CURIAM. Writ of error dismissed per stipulation of parties, without costs to either party in this court.

---

JESSUP v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 16, 1917.) No. 2979. In Error to the District Court of the United States for the Second Division of the District of Alaska. Hugh O'Neil, of Nome, Alaska, for plaintiff in error. F. M. Saxton, U. S. Atty., of Nome, Alaska.

PER CURIAM. Writ of error dismissed for noncompliance by plaintiff in error with provisions of rules 23 and 24 of the Rules of Practice of this court (150 Fed. xxxiii, 79 C. C. A. xxxiii).

---

JUNG JOONG, alias Chin Yep, alias Chin Young Ick, alias Sang My Farn, v. Edward WHITE, as Commissioner of Immigration, Port and District of San Francisco. (Circuit Court of Appeals, Ninth Circuit. October 25, 1917.) No. 3045. Appeal from the District Court of the United States for the First Division of the Northern District of California. George A. McGowan, of San Francisco, Cal., for appellant. John W. Preston, U. S. Atty., of San Francisco, Cal.

PER CURIAM. By consent of counsel for the respective parties, ordered, appeal dismissed for the noncompliance by appellant with provisions of rules 23 and 24 of the Rules of Practice of this court (150 Fed. cxxix, cxxxi, 79 C. C. A. cxxix, cxxxi).

---

KENNEDY v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 6, 1916.) No. 4849. In Error to the District Court of the United States for the Eastern District of Missouri. Walter N. Davis, of St. Louis, Mo., for plaintiff in error. Arthur L. Oliver, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, etc.